IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAMUEL C. JOHNSON 1988 TRUST,
IMOGENE P. JOHNSON,
JOHN HAWKSFORD, KAY HAWKSFORD,
DEAN JOHNSON and KATHRYN JOHNSON,

    Plaintiffs,

v.

BAYFIELD COUNTY, WISCONSIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-348-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Bayfield County, Wisconsin and this case is dismissed.


By: [signature] Lynn Kamle, Deputy Clerk      6-30-09

Peter Oppeneer, Clerk of Court      Date