IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SAMUEL C. JOHNSON 1988 TRUST,
IMOGENE P. JOHNSON, JOHN
HAWKSFORD, KAY HAWKSFORD,
DEAN JOHNSON and
KATHRYN JOHNSON,

                                    ORDER

               Plaintiffs,

                                06-cv-348-bbc

   v.

BAYFIELD COUNTY, WISCONSIN
and UNITED STATES OF AMERICA,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In accordance with the instructions of the Court of Appeals for the Seventh Circuit, IT IS ORDERED that the judgment entered in this case on June 30, 2009, is VACATED and the clerk of court is directed to enter judgment in favor of plaintiffs Samuel C. Johnson 1988 Trust, Imogene P. Johnson, John Hawksford, Kay Hawksford, Dean Johnson and Kathryn

1

Johnson and dismiss this case.

Entered this \_\_\_24th\_\_\_ day of August, 2011.

BY THE COURT:

*Barbara B Crabb*
BARBARA B. CRABB
District Judge

2