IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SAMUEL C. JOHNSON 1988 TRUST,
IMOGENE P. JOHNSON, JOHN HAWKSFORD,
KAY HAWKSFORD, DEAN JOHNSON and
KATHRYN JOHNSON,

                Plaintiffs,

  v.

BAYFIELD COUNTY, WISCONSIN and
THE UNITED STATES OF AMERICA,

                Defendants.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 06-cv-348-bbc

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Samuel C. Johnson 1988 Trust, Imogene P. Johnson, John Hawksford, Kay Hawksford, Dean Johnson and Kathryn Johnson declaring that plaintiffs own the property in Drummond Township, Bayfield County, Wisconsin free and clear of any claim by defendant Bayfield County pursuant to 43 U.S.C. § 912 or 16 U.S.C. § 1248(c) of a right to establish a public highway on the former railroad right of way that traverses the property.

      Approved as to form this 29th day of August, 2011.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_                                    8/30/11
Peter Oppeneer                                     Date
Clerk of Court